UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

KIRK SMITH,

    PLAINTIFF

v.                                                                          Civil Action No. 2:21-CV-00081-JDL

LAX, LLC d/b/a LAND AIR EXPRESS,

    DEFENDANT

## MOTION FOR LEAVE TO WITHDRAW OF COUNSEL OF RECORD FOR DEFENDANT

Under Local Rule 83.2(c), K. Joshua Scott moves for leave of Court to withdraw as counsel of record for Defendant. Defendant will continue to be represented by Melick & Porter, LLP.

LAX, LLC d/b/a LAND AIR EXPRESS

Respectfully Submitted,
JACKSON LEWIS P.C.,

Date: June 29, 2021          By:   /s/ K. Joshua Scott
                                                         K. Joshua Scott, ME Bar No. 005282
                                                         100 International Drive, Suite 363
                                                         Portsmouth, NH 03801
                                                         603.559.2700
                                                          joshua.scott@jacksonlewis.com

## Certificate of Service

I hereby certify that the foregoing was served via ECF on all counsel of record.

Date: June 29, 2021                                   /s/ K. Joshua Scott
                                                                         K. Joshua Scott