UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| KIRK SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>LAX, LLC d/b/a LAND AIR EXPRESS,<br><br>    Defendant. | Civil Action No.: 2:21-CV-00081-JDL |

**MOTION FOR CONFIDENTIALITY ORDER**

    The plaintiff, Kirk Smith, and the defendant, LAX, LLC d/b/a Land Air Express, hereby move and consent to the entry of a Confidentiality Order to protect the confidentiality of certain documents and other information subject to discovery in this case and to set forth procedures for filing of materials containing confidential information and use at trial.

    The requested Confidentiality Order is attached hereto as Exhibit "A", incorporated herein by reference, and submitted under L.R. 26(d). The proposed order conforms to the Form Confidentiality Order set forth in Appendix II to the Local Rules.

    The parties agree to entry of the requested Confidentiality Order.

    WHEREFORE, the parties respectfully request that this Honorable Court enter the attached Confidentiality Order as an Order of this Court.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Plaintiff,<br>KIRK SMITH,<br>By its attorneys, | Defendant,<br>LAX, LLC d/b/a LAND AIR EXPRESS<br>By its attorneys |
| */s/ Chad T. Hansen*<br>Chad T. Hansen, Esq.<br>Maine Employee Rights Group<br>92 Exchange Street, Second Floor<br>Portland, ME  04101<br>T: 207.874.0905<br>F: 207.874.0343<br>chad@employeerightslaw.attorney | */s/ Christian H. Hinrichsen*<br>Christian H. Hinrichsen, BBO #010073<br>Melick & Porter, LLP<br>One Liberty Square, 7th Floor<br>Boston, Massachusetts 02109<br>Telephone: (617) 523-6200<br>chinrichsen@melicklaw.com |

**CERTIFICATE OF SERVICE**

I, Christian H. Hinrichsen, hereby certify that on this date, the foregoing was served on all parties of record via the Court's ECF system.

/s/ Christian H. Hinrichsen
Christian H. Hinrichsen

Date: 8/19/2021