UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KIRK SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>LAX, LLC d/b/a LAND AIR EXPRESS,<br><br>    Defendant. | Civil Action No. 2:21-CV-00081-JDL |

CONSENT MOTION TO EXTEND DEADLINE TO
FILE STIPULATION OF DISMISSAL

NOW COMES Plaintiff, through counsel, and requests that the Court extend the deadline for filing the stipulation of dismissal by 14 days. As grounds, Plaintiff states as follows:

1. The parties notified the Court on or about August 26, 2021 of an agreement to resolve this case;

2. The Court set a deadline of September 27, 2021 for filing the stipulation of dismissal;

3. The parties need an additional 14 days to finalize the resolution;

4. Defendant consents to this Motion.

Wherefore, Plaintiff hereby requests that the Court grant an extension of time to file the stipulation of dismissal by 14 days to October 11, 2021.

DATE: September 24, 2021                          /s/ Chad T. Hansen
                                                                         Chad T. Hansen
                                                                         Attorney for Plaintiff

                                                                         *Employee Rights Group*
                                                                         92 Exchange Street
                                                                         Portland, Maine 04101
                                                                         (207) 874-0909
                                                                         chad@employeerightslaw.attorney

CERTIFICATE OF SERVICE

     I certify that I served the foregoing document upon all counsel via the Court's ECF system.

Date: September 24, 2021                  /s/ Chad T. Hansen
                                                Chad T. Hansen