UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KIRK SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>LAX, LLC d/b/a LAND AIR EXPRESS,<br><br>    Defendant. | Civil Action No. 2:21-CV-00081-JDL |

## STIPULATION OF DISMISSAL

NOW COME, the parties to the above-entitled action, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of this action, with prejudice, and without costs or attorney's fees to any party.

Dated at Portland, Maine this 27th day of September 2021

/s/ Chad T. Hansen
Chad T. Hansen
Attorney for the Plaintiff

Employee Rights Group
92 Exchange Street, 2nd Floor
Portland, ME 04101
(207) 874-0905
Chad@EmployeeRightsLaw.Attorney


/s/ Christian H. Hinrichsen
Christian H. Hinrichsen, Esq.
Attorney for Defendant

Melick & Porter, LLP
One Liberty Square
Boston, Massachusetts 02109
(617) 523-6200
chinrichsen@melicklaw.com

2

## CERTIFICATE OF SERVICE

      I certify that I served the foregoing document upon all counsel via the Court's ECF system.

| | |
|---|---|
| Date: September 27, 2021 | /s/ Chad T. Hansen |
| | Chad T. Hansen |